UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND NORTHERN DIVISION

| | |
|---|---|
| JONATHAN T. ALSTON, | : |
| Plaintiff | : |
| v. | : Civil Action No.: |
| UNITED COLLECTION BUREAU, Inc., | : |
| Defendant | : |

## NOTICE OF REMOVAL

Defendant United Collection Bureau, Inc. ("UCB"), by and through its undersigned counsel, hereby files this Notice of Removal of the above-captioned action to the United States District Court for the District of Maryland, Northern Division, from the Circuit Court of Prince George's County, Maryland, pursuant to 28 U.S.C. §1441, *et seq.*, and in support thereof states as follows:

1. On or about February 5, 2013, Plaintiff filed a Complaint against Defendant in the Circuit Court for Prince George's County, Maryland. A copy of the Complaint and Summons is attached hereto as Exhibit A.

2. Defendant was served with process of Plaintiff's Complaint on February 25, 2013. As such, the instant Notice of Removal is being filed within the thirty-day time period prescribed by 28 U.S.C. §1446(b).

3. Defendant has not filed an Answer to date, but intends on filing its responsive pleading by April 3, 2013 in accordance with FRCP 81(c)(2)(C).

4. In the Complaint, Plaintiffs asserted the following counts: Count I – Violation of the Fair Debt Collection Practices Act ("FDCPA"), Count II – Violations of the Fair Credit Reporting Act ("FCRA"), and Count III – Defamation.

## GROUNDS FOR REMOVAL OF COUNTS I – II BASED UPON FEDERAL QUESTION JURISDICTION AND COUNT III BASED UPON SUPPLEMENTAL JURISDICTION

5. This Court has original jurisdiction to hear "civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. §1331.

6. Pursuant to 28 U.S.C. §1441(a), this Court has removal jurisdiction in cases where it would have had original jurisdiction based upon a federal question.

7. Count I of the Complaint asserts a claim under the FDCPA, 15 U.S.C. §1692, et seq., a federal law.

8. Count II of the Complaint asserts a claim under the FCRA, 15 U.S.C. §1681s-2, a federal law.

9. Accordingly, this Court has original jurisdiction over Counts I and II of the Complaint because they arises under a federal law.

10. In addition, this Court has supplemental jurisdiction over Count III, pursuant to 28 U.S.C. §1367, because, Count III is so related to Counts I and II that Count III forms part of the same case or controversy under Article III of the United States Constitution. 28 U.S.C. §1367(a).

11. Count III involves the same common nucleus of operative facts as Counts I and II, as all counts involve the issue of whether Defendant took actions with respect to a debt owed by Plaintiff that it did not have the right to take, and the factual allegations in the Complaint supporting Counts I and II and Count III are identical. *See* Complaint at ¶¶ 1-27, 28-32.

## PROCEDURAL COMPLIANCE

12. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon the Defendant are filed with this Notice, and are attached as Exhibit A.

13. As required by 28 U.S.C. §1446(d), Defendant will give written Notice to Plaintiff of the filing of this Notice of Removal, and will file a copy of the Notice of Removal with the Circuit

Court for Prince George's County, Maryland and a Certification of Filing of Notice of Removal in State Court.

14. Pursuant to Rule 103.5(a) of the Rules of the United States District Court for the District of Maryland, within 30 days of this filing, Defendant will file, with this Court, copies of any other records and proceedings from the Circuit Court for Prince George's County, Maryland not previously provided, and will file, with this Court, a Certification of Filing of state Court Documents.

15. Pursuant to Rule 103.5(c) of the Rules of the United States District Court for the District of Maryland, Defendant will file with this Court, a Disclosure of Affiliations and Financial Interests within seven (7) days.

WHEREFORE, Defendant requests that this action be removed to this Court from the Circuit Court for Prince George's County, Maryland and that it proceed in this Court as an action properly removed.

Date: March 25, 2012

        Respectfully submitted,

        ECCLESTON & WOLF, P.C.

        _____
        Stacey A. Moffet, Esquire (Fed. Bar No. 23025)
        Baltimore-Washington Law Center
        7240 Parkway Drive, 4th Floor
        Hanover, Maryland 21076-1378
        410.752.7474 (telephone)
        410.752.0611 (facsimile)
        moffet@ewmd.com (e-mail)
        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March, 2013 a copy of the foregoing Notice of Removal was mailed first-class, postage-prepaid, to:

> Jonathan T. Alston
> 10012 Cedarhollow Lane
> Largo, Maryland 20774

_____
Stacey A. Moffet (Fed. Bar No. 23025)