```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

JONATHAN ALSTON                  :

                 :

   v.                            :   Civil Action No. DKC 13-0913

                 :

UNITED COLLECTIONS BUREAU, INC.  :

                 :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 4th day of March, 2014, by the United States District Court for the District of Maryland, ORDERED that:

1. Defendant's motion to dismiss, or in the alternative, for summary judgment (ECF No. 16) BE, and the same hereby IS, GRANTED;

2. Counts I, III, and IV of Plaintiff's second amended complaint BE, and the same hereby ARE, DISMISSED;

3. Judgment BE, and the same hereby IS, ENTERED against Plaintiff Jonathan Alston and in favor of Defendant United Collections Bureau, Inc. on Count II of Plaintiff's second amended complaint;

4. The motion to strike filed by Plaintiff (ECF No. 20) will BE, and the same hereby IS, DENIED;

5. The motion for leave to file a second amended complaint filed by Plaintiff (ECF No. 23) will BE, and the same hereby IS, DENIED; and

6. The clerk will transmit copies of the Memorandum Opinion and this Order to *pro se* Plaintiff Jonathan Alston and counsel for Defendant and CLOSE this case.

                                                                  /s/
                                    DEBORAH K. CHASANOW
                                    United States District Judge