IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

MAY 2 2 2014

**JONATHAN T. ALSTON**

      Plaintiff,

v.                                                    CIVIL ACTION NO. 8:13-cv-00913-DKC

**UNITED COLLECTION BUREAU, INC.**

      Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jonathan T. Alston appeals to the United States Court of Appeals for the Fourth Circuit from the judgment [DOC 26] entered on March 4, 2014 granting Defendant Flagstar Bank, FSB's motions to dismiss and motion for summary judgment, denying Plaintiff's motion for leave to amend the complaint and denying Plaintiff's request for discovery. Plaintiff further appeals the judgment [DOC 31] entered on April 23, 2014 that denied Plaintiff Thomas Alston's motion to alter or amend judgment.

Dated: May 20, 2014

Respectfully submitted,

JONATHAN T. ALSTON

By _____
Jonathan T. Alston, Pro Se Plaintiff
10012 Cedarhollow Lane
Largo, Maryland 20774
Tel. (301) 350-5780
Email: alstars@aol.com