FILED: November 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1493
(8:13-cv-00913-DKC)
_____

JONATHAN T. ALSTON

   Plaintiff - Appellant

v.

UNITED COLLECTION BUREAU, INC.

   Defendant - Appellee

_____

J U D G M E N T
_____

  In accordance with the decision of this court, the judgment of the district court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

        /s/ PATRICIA S. CONNOR, CLERK